UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTONIO MUNIZ,

|                                           |                                    |
|-------------------------------------------|------------------------------------|
| Plaintiff,                                | **NOTICE OF VOLUNTARY**            |
|                                           | **DISMISSAL WITHOUT**             |
| -against-                                 | **PREJUDICE**                      |
|                                           |                                    |
| TWENTY-FIRST SECURITIES CORP.,            | Docket No. 09 CV 5418              |
| TWENTY-FIRST HOLDINGS, INC.               |                                    |
|                                           |                                    |
| Defendants.                               |                                    |

-----------------------------------------------------------------x

   PLEASE TAKE NOTICE that the Plaintiff in the above-captioned action, by and

through undersigned counsel, hereby voluntarily dismisses the above-captioned action,

without prejudice, pursuant Fed R. Civ. P. 41(a) and the stipulation between counsel dated

August 3, 2009 as to the tolling of Plaintiff's statute of limitations under the Family and

Medical Leave Act.  The above-captioned action is hereby voluntarily dismissed without

prejudice.


Dated:  New York, New York          MARK L. LUBELSKY & ASSOCIATES
        August 12, 2009

                                    _____
                                    David Gottlieb, Esq.
                                    Attorneys for Plaintiff
                                    123 West 18th Street, 8th Floor
                                    New York, NY 10011
                                    (212) 242-7480